# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 1:25-00206-JB-N-1 |
| ARLIN HERNANDEZ-SANCHEZ | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katerine P. Nelson, and with objections having been waived by the parties, the plea of guilty of the Defendant **ARLIN HERNANDEZ-SANCHEZ**, to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **October 28, 2025, at 11:00 A.M. (Central) in Courtroom 4A** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this the 7th day of October 2025.

sJEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE